IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11-cr-48 |
| | ) | |
| STEVEN LAWRENCE HAWKINS, | ) | |
| a/k/a "Hawk" | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| Defendant. | ) | |

CRIMINAL INFORMATION AND NOTICE
PURSUANT TO 21 U.S.C. § 851

The United States Attorney hereby files Notice and charges pursuant to Title 21, United States Code, Section 851, et seq., as required before trial or entry of a plea agreement of guilty, that the defendant, STEVEN LAWRENCE HAWKINS, faces enhanced punishment under Title 21, United States Code, Sections 841 and 846, since he was previously found guilty on or about August 12, 1994, in the Circuit Court for Charles County, Maryland, of Distribution of Cocaine, a felony, in violation of MD. Code Art. 27, §286 (a)(1) (West 1994) (codified as amended at MD. Code Ann., Crim. Law § 5-602 (2011)). On October 13,1994, the defendant was sentenced to a total of twenty-five years of imprisonment, with credit for time served. On May 24, 2007, upon a motion to correct his sentence, the defendant was re-sentenced to a total of twenty years of imprisonment, with six years suspended. A copy of the certified Amended Commitment Record, entered on May 24, 2007, is attached.

Neil H. MacBride
United States Attorney

By: _____/s/_____
Philip Sam Kaplan
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
Email: Sam.Kaplan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of April, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

>Jonathan Ashley Simms
>
>Simms & Harris PLLC
>11325 Random Hills Road
>Suite 360
>Fairfax, VA 22030
>703-225-3366
>Email: jsimms_esq@yahoo.com

                                                               /s/
                              Philip Sam Kaplan
                              Special Assistant United States Attorney
                              Office of the United States Attorney
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              Tel: (703) 299-3700
                              Fax: (703) 299-3981
                              Email: Sam.Kaplan@usdoj.gov