IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:11-CR-48 |
| | ) | |
| STEVEN LAWRENCE HAWKINS, | ) | |
| a/k/a "Hawk" | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Virginia hereby **moves to dismiss Count Two** of the Indictment as to the defendant, **STEVEN LAWRENCE HAWKINS**, a/k/a "Hawk".

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *[signature]*
Philip Sam Kaplan
Special Assistant United States Attorney