IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | 1:11cr48 (LMB) |
| STEVEN LAWRENCE HAWKINS, ) | 1:16cv131 (LMB) |
| a/k/a Hawk  ) | |
| ) | |
| Defendant. ) | |

### ORDER

Acting pro se, the defendant has filed a Motion for Reconsideration Pursuant to Rule 59(e) ("Motion for Reconsideration"), of the Order dismissing without prejudice his second Motion to Vacate under 28 U.S.C. § 2255 ("Motion to Vacate"). As explained in the Order, this Court lacks jurisdiction to consider defendant's Motion to Vacate because it is his second such motion and he has not been authorized by the appropriate appellate court, for this case the United States Court of Appeals for the Fourth Circuit, to file a second motion. Because defendant has not received such authorization, the Court cannot consider his second Motion to Vacate, regardless of the issues it raises. For these reasons, it is hereby

ORDERED that defendant's Motion for Reconsideration [Dkt. No. 87] be and is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record and defendant, pro se.

Entered this 1ST day of March, 2016.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge